# Court of Appeals
# of the State of Georgia

ATLANTA, __May 20, 2015__

*The Court of Appeals hereby passes the following order:*

**A15I0200. DAVID TIMOTHY WILLIAMS v. THE STATE.**

This is the third application filed by David Timothy Williams seeking interlocutory review of the trial court's order denying his motion to suppress a photographic lineup. We granted Williams's first application, see Case No. A15I0024, but defense counsel apparently failed to file a notice of appeal in the trial court, and no appeal was ever docketed here. We also granted Williams's second application from a re-entered, but otherwise materially identical, trial court order. See Case No. A15I0080. This time, counsel filed a notice of appeal, and the resulting appeal was docketed here as Case No. A15A1184. We dismissed the appeal, however, because counsel failed to timely file a brief and enumeration of errors. This third application is once again filed from another re-entered, but materially identical, trial court order.

We do not wish to penalize Williams for the errors of his attorney when both the trial court and this Court have clearly determined that he should have an appeal at this juncture. This application for interlocutory appeal is therefore GRANTED. Williams may file a notice of appeal within 10 days of the date of this order. The Clerk of the Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

Williams's attorney is cautioned, however, that failure to comply with the rules of this Court, including filing a timely brief and enumeration of errors, will likely result in a finding of contempt and appropriate sanctions. See Court of Appeals Rules 7, 13, and 23 (a).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____05/20/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*